980-15

# ELECTRONIC RECORD

COA # 11-14-00334-CR          OFFENSE: 22.01

STYLE: **Thomas Sanchez Rae v. The State of Texas**          COUNTY: Ector

COA DISPOSITION:     DISMISSED          TRIAL COURT: 244th District Court

DATE: 7/2/15          Publish: NO   TC CASE #:     C-39,078

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Thomas Sanchez Rae v. The State of Texas**          CCA #: **PD-0980-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 10/14/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**